■ RITA GREENBERG, Appellant, v. SIDNEY HENSCHEL, Respondent.— On the court's own motion, the decision handed down December 4, 1961 (*ante*, p 487), denying respondent's motion to dismiss for lack of prosecution the appeal from a judgment of the Nassau County District Court denying an application for an increase in the support payments for two infant children of the parties, is vacated. On the court's own motion, the appeal to this court is dismissed, without costs, and without prejudice to the reinstatement of this appeal in the Appellate Term of the Supreme Court (the court to which it was taken originally). In a proceeding for support in the Nassau County District Court, an appeal in the first instance from an order or a judgment of said court does not lie to the Appellate Division, but rather to the Appellate Term of the Supreme Court (Nassau County District Court Act, L. 1939, ch. 234, as amd.; L. 1960, ch. 770; cf. §§ 190, 261, 255-y, 255-z). Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ HARRY HOROWITZ, as Administrator of the Estate of NATHAN HOROWITZ, Deceased, Appellant, v. CIRO CANNELLA et al., Respondents. HARRY HOROWITZ, as Administrator of the Estate of NATHAN HOROWITZ, Deceased, Appellant, v. SAMUEL HOROWITZ, Respondent.— Motion by respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 1, 1962. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ REUBEN T. ISRAELSON, Respondent, v. SIDNEY RUBIN, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 15, 1962. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of IRVING CHOBAN.— Upon the report of the Committee on Character and Fitness, to whom this application had been referred for investigation, the application is granted; the applicant is reinstated as a member of the Bar. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of SARAH FEBISH et al., Petitioners, v. NEW YORK STATE LOTTERY CONTROL COMMISSION et al., Respondents.— In a proceeding under article 78 of the Civil Practice Act, to review and annul an order of the State Lottery Commission, petitioners move, pursuant to section 66 of the Civil Practice Act, to stay the execution of such order pending the determination of the proceeding. Motion for stay denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of IRVING M. GETNICK, Respondent, v. JOSEPH G. LEASE, Appellant.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.